UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    Case No. 13-26503

    Anthony Putney

        Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1)  The case was filed on 06/28/2013.

    2)  The plan was confirmed on 08/30/2013.

    3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

    4)  The trustee filed action to remedy default by the debtor in performance under the plan on 05/09/2014.

    5)  The case was dismissed on 06/13/2014.

    6)  Number of months from filing to last payment: 7.

    7)  Number of months case was pending: 14.

    8)  Total value of assets abandoned by court order: NA.

    9)  Total value of assets exempted: $1,600.00.

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,430.82 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$2,430.82** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,336.02 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $94.80 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,430.82** |

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALL CREDIT LENDERS | Unsecured | NA | 327.00 | 327.00 | 0.00 | 0.00 |
| BARONS CREDITORS SERVICE CORP | Unsecured | 1,559.00 | 1,887.39 | 1,887.39 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 652.00 | 669.58 | 669.58 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 440.00 | 994.90 | 994.90 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 395.00 | 319.91 | 319.91 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 0.00 | 10.00 | 10.00 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 1,719.97 | 1,719.97 | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 564.00 | 37,585.10 | 37,585.10 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 7,527.84 | 7,527.84 | 7,527.84 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 6,000.00 | 17,683.70 | 17,683.70 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 15,073.10 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 568.00 | 568.93 | 568.93 | 0.00 | 0.00 |
| NADIM SALEH | Unsecured | 2,000.00 | 5,624.75 | 5,624.75 | 0.00 | 0.00 |
| NATIONWIDE CASSEL LP | Unsecured | NA | 7,941.75 | 7,941.75 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,402.00 | 1,817.99 | 1,817.99 | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | NA | 2,565.00 | 2,565.00 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 403.00 | 402.52 | 402.52 | 0.00 | 0.00 |
| GIRL SCOUTS OF THE USA | Unsecured | 1,313.00 | NA | NA | 0.00 | 0.00 |
| GLENDALE HEIGHTS VILLAGE HALL | Unsecured | 655.00 | NA | NA | 0.00 | 0.00 |
| GRT SUB ACC | Unsecured | 4,076.00 | NA | NA | 0.00 | 0.00 |
| GRT SUB ACC | Unsecured | 563.00 | NA | NA | 0.00 | 0.00 |
| HARRIS ALEXIAN BROTHERS MEDIC | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| I C SYSTEM INC AT&T MIDWEST | Unsecured | 583.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION GOOD SAMAI | Unsecured | 11,316.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION GOOD SAMAI | Unsecured | 641.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ILLINOIS COLLECTION RADIOLOGIST | Unsecured | 457.00 | NA | NA | 0.00 | 0.00 |
| NICOR | Unsecured | 802.00 | NA | NA | 0.00 | 0.00 |
| CALVARY PORTFOLIO SERVICES SPI | Unsecured | 630.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 12,000.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP AT&T | Unsecured | 395.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP AT&T | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP US CE | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS ADDISOI | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| PROFESSNL ACCT MGMT TCF BANK | Unsecured | 1,375.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 857.00 | NA | NA | 0.00 | 0.00 |
| RDK COLLECTION SERVICE AAA BA | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE MANAGEMENT WASTE | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| ROBERT MUELLER | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| STERLING & KING INC | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| THE CASH STORE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| THE CENTER FOR SPORTS ORTH | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| TORRES CREDIT SRV BMG MUSIC SE | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED RENAL CARE | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SAMARITAN HOS | Unsecured | 1,229.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SAMARITAN HOS | Unsecured | 328.00 | NA | NA | 0.00 | 0.00 |
| COLLECTIONS ACQUISITION COMPA | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 994.00 | NA | NA | 0.00 | 0.00 |
| GLENBARD TOWNSHIP HIGH SCHOO | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 227.00 | NA | NA | 0.00 | 0.00 |
| M&M ORTHOPAEDICS DOWNERS GR | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| AFNI T-MOBILE | Unsecured | 347.00 | NA | NA | 0.00 | 0.00 |
| AFNI NEXTEL | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| AMER COLL CO/ACC INTERNATIONA | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| AMERI CASH LOANS | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 689.00 | NA | NA | 0.00 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 477.00 | NA | NA | 0.00 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT COMCAST C | Unsecured | 621.00 | NA | NA | 0.00 | 0.00 |
| CREDTRS COLL GLENOAKS ANESTH | Unsecured | 1,170.00 | NA | NA | 0.00 | 0.00 |
| CREDTRS COLL ACUTE CARE SPECL | Unsecured | 408.00 | NA | NA | 0.00 | 0.00 |
| CREDTRS COLL ACUTE CARE SPECL | Unsecured | 211.00 | NA | NA | 0.00 | 0.00 |
| CREDTRS COLL GLENOAKS ANESTH | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| CREDTRS COLL ACUTE CARE SPECL | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| CREDTRS COLL ACUTE CARE SPECL | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SUBURBAI | Unsecured | 912.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SUBURBAI | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE PATHOLOGY ASSOCIATES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HOSPITAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS TOLLWAY | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| JAY K LEVY & ASSOCIATES NAPA GI | Unsecured | 1,848.00 | NA | NA | 0.00 | 0.00 |
| LTD FINANCIAL SERVICES BANK OF | Unsecured | 357.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR | Unsecured | 339.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR | Unsecured | 303.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR | Unsecured | 211.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR GLENDALE FAMILY | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR GLENDALE FAMILY | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| NCO FIN AUTO CLUB GROUP | Unsecured | 624.00 | NA | NA | 0.00 | 0.00 |
| NDC CK SVC | Unsecured | 773.00 | NA | NA | 0.00 | 0.00 |
| NDC CK SVC | Unsecured | 773.00 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY | Unsecured | 809.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF LOMBARD | Unsecured | 730.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF LOMBARD | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF LOMBARD | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| WASTE MANAGEMENT | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| WEST ASSET AT&T | Unsecured | 395.00 | NA | NA | 0.00 | 0.00 |
| WORLDWIDE RECOVERY CJC AUTO | Unsecured | 2,486.00 | NA | NA | 0.00 | 0.00 |
| ZENITH ACQUISITION ARCCERTEGY | Unsecured | 1,525.00 | NA | NA | 0.00 | 0.00 |
| SNAP ON CREDIT | Unsecured | NA | 1,456.07 | 1,456.07 | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 652.00 | 512.43 | 512.43 | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 250.00 | 199.61 | 199.61 | 0.00 | 0.00 |
| VERIZON | Unsecured | NA | 604.20 | 604.20 | 0.00 | 0.00 |
| VERIZON | Unsecured | 1,011.00 | 1,056.58 | 1,056.58 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,537.84 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$7,537.84** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$84,447.38** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,430.82 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$2,430.82** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/18/2014        By: /s/ Glenn Stearns
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)